IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRYAN RATZBURG, et al., | CV 26-34-M-KLD |
| Plaintiffs, | |
| vs. | ORDER OF RECUSAL |
| THE PENN MUTUAL LIFE INSURANCE COMPANY, et al., | |
| Defendants, | |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 18th day of May, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1