IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

BRYAN RATZBURG; ERNEST RATZBURG, JUSTIN RATZBURG, KAMRON RATZBURG, COLE RATZBURG; DAVID RATZBURG; CATHRON RATZBURG; individually, and RATZBURG LIVESTOCK & GRAIN, an assumed business name for the collective partnership of KB AG, INC., JAR AG, INC., JADRC, INC., BRYCO AG INC., DE CENTRAL AG, INC., and NORTHERN BROS, INC.,

Plaintiffs,

v.

THE PENN MUTUAL LIFE INSURANCE COMPANY; THE PENN INSURANCE AND ANNUITY COMPANY; SYMETRA LIFE INSURANCE COMPANY; JOSHOA Q. GARDNER; SUMMIT FINANCIAL GROUP; GP CAPITAL PARTNERS LLC; LAKE FOREST BANK & TRUST CO., N.A.; WINTRUST LIFE FINANCE; CMS NATIONAL SERVICES, LLC d/b/a SUCCESSION CAPITAL ALLIANCE INSURANCE, LLC; PACIFIC CAPITAL RESOURCE GROUP, INC.; and JOHN DOES 2-10,

Defendants.

CV-26-34-M-JTJ

**ORDER GRANTING DEFENDANTS LAKE FOREST BANK & TRUST CO., N.A. and WINTRUST LIFE FINANCE'S UNOPPOSED MOTION TO APPEAR REMOTELY**

Upon motion of Defendants Lake Forest Bank & Trust, Co., N.A. and Wintrust Life Finance, and good cause appearing,

IT IS ORDERED that Defendants Lake Forest Bank & Trust, Co., N.A. and Wintrust Life Finance may appear remotely for the upcoming motions hearing on December 9, 2026 at 2:30 p.m. and will contact the Clerk of Court's Office for the Zoom link.

DATED this 12th day of November, 2026.

John Johnston
United States Magistrate Judge